■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERTO APONTE, Appellant.—Appeal by the defendant from three judgments of the County Court, Nassau County (Winick, J.), all rendered August 8, 1984, convicting him of burglary in the second degree (five counts) and criminal possession of stolen property in the first degree under indictment No. 57625, burglary in the second degree under indictment No. 57527, and burglary in the second degree under indictment No. 57895, upon his pleas of guilty, and imposing sentences.

Judgments affirmed.

As the defendant received the sentences for which he bargained, he may not now complain that they were excessive (see, People v Kazepis, 101 AD2d 816). We have considered the other contentions raised by the defendant and find them to be without merit. Gibbons, J. P., Eiber, Kunzeman and Kooper, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DEXTER ASHBERY, Appellant.—Appeal by the defendant from a judgment of the Supreme Court, Queens County (Mayer, J.), rendered August 10, 1982, convicting him of criminal possession of stolen property in the third degree, after a nonjury trial, and imposing sentence.

Judgment affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no meritorious issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (see, Anders v California, 386 US 738; People v Paige, 54 AD2d 631; cf. People v Gonzalez, 47 NY2d 606). Mangano, J. P., Gibbons, Weinstein, Eiber and Spatt, JJ., concur.